UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Lyman Holding Company, et al.,

Debtors.[1]

Chapter 11 Case No. 11-45190

(Jointly Administered)

# ORDER GRANTING DEBTORS' APPLICATION
# TO EMPLOY COMMERCIAL REAL ESTATE CONSULTANT
# (ERIKSSON COMMERCIAL REAL ESTATE, INC.)

This matter came on for hearing on the Debtors' Application ("Debtors") to employ Eriksson Commercial Real Estate, Inc. ("Eriksson") in these chapter 11 cases. Capitalized terms shall have the meaning ascribed to them in the Application. Based on the documents of record herein, it appears that it is necessary for the Debtors to employ a real estate consultant, that the proposed terms of the employment are reasonable under the circumstances, and that the professional selected by the Debtors does not hold or represent an interest adverse to the estates and is disinterested within the meaning of 11 U.S.C. § 101(14).

IT IS HEREBY ORDERED:

The Debtors' employment of Eriksson as its real estate consultant, pursuant to 11 U.S.C. §§ 327 and 328, is hereby approved.

---

[1] Jointly administered estates of the following Debtors: Lyman Holding Company Case No. BKY 11-45190, Lyman Lumber Company Case No. BKY 11-45191, Automated Building Components, Inc. Case No. BKY 11-45192, Building Materials Wholesalers, Inc. Case No. BKY 11-45193, Carpentry Contractors Corp. Case No. BKY 11-45194, Construction Mortgage Investors Co. Case No. BKY 11-45196, Lyman Development Co. Case No. BKY 11-45199, Lyman Lumber Wisconsin, Inc. Case No. BKY 11-45201, Lyman Properties, L.L.C. Case No. BKY 11-45202, Mid-America Cedar, Inc. Case No. BKY 11- 45203, Woodinville Lumber, Inc. Case No. BKY 11-45204, Woodinville Construction Services, L.L.C. Case No. BKY 11-45206.

Dated: August 30, 2011

/e/ Dennis D. O'Brien
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/30/2011
Lori Vosejpka, Clerk, by SKM